IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00253-KDB

JOHN WENTZ,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney's Fees under the Social Security Act 42 U.S.C. § 406(b) (Doc. No. 15). Having reviewed the motion and the supporting materials, the Court finds that Plaintiff should be awarded attorney's fees in the net amount of $15,000.00, which is less than 25 percent of Plaintiff's past-due benefits. These fees are to be paid from Plaintiff's past-due benefits pursuant to § 406(b). Upon receipt of the § 406(b) fee, Plaintiff's counsel shall pay the Plaintiff the EAJA fee of $5,300.00, which has already been paid.

It is therefore **ORDERED** that the Commissioner pay Plaintiff's counsel, Derrick Arrowood, the sum of $15,000.00 and that Plaintiff's counsel pay to Plaintiff the sum of $5,300.00. Upon the payment of such sums, this case is dismissed with prejudice.

**SO ORDERED.**

Signed: October 3, 2024

Kenneth D. Bell
United States District Judge

1